**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-2276

WRITER'S DIRECT FACSIMILE
(212) 202-7783

WRITER'S DIRECT E-MAIL ADDRESS
dconniff@paulweiss.com

October 4, 2013

**BY HAND**

Courtroom Deputy
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

*Securities & Exchange Commis v. Stephanou 12-1723cv*

Dear Sir or Madam:

I write to request the CD recording of the oral argument from the appeal referenced on an expedited basis. The argument is scheduled to take place on October 7, 2013. Enclosed please find the requisite fee in the amount of $30.00 as payment. Please contact me at (212) 373-2276 when the CD is ready so that I may arrange to have it picked up.

Thank you in advance for your time and cooperation.

Very truly yours,

Daniel Conniff
Managing Attorney